**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David SERVIN–TERRASAS, a/k/a
David Servin, Defendant–
Appellant.**

**No. 12–6354.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

David Servin–Terrasas, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, VA, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Servin–Terrasas appeals the district court's order denying his motion seeking leave to renew his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Servin–Terrasas,* No. 4:06–cr–00004–JLK–

1 (W.D.Va. Feb. 6, 2012).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent Servin–Terrasas sought a motion to reconsider the court's earlier denial of his § 3582 motion, such a motion would be improper. *See United States v. Goodwyn,* 596 F.3d 233, 235–36 (4th Cir.) (noting that a motion to reconsider is not a proper vehicle to seek review of a ruling on a § 3582 motion), *cert. denied,* —— U.S. ——, 130 S.Ct. 3530, 177 L.Ed.2d 1110 (2010).